IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LORA HARRELL,
    Plaintiff,

vs.                        No. 96-137-CIV-FTM-24D

DIAMOND A ENTERTAINMENT, INC.
    Defendant.
_____/

## CASE MANAGEMENT REPORT

1.     <u>Meeting of Parties:</u>    Pursuant to Local Rule 3.05 (c) (2) (B) or (c) (3) (A), a conference was held on **September 5, 1996 at 10:00 a.m.** by telephone and was attended by: **Douglas L. Wilson, for plaintiff, and Lawrence G. Walters, Esq.for defendant.**

2.     <u>Pre-discovery Initial Disclosures of Core Information:</u>

    a. Fed.R.Civ.P. 26 (a) (1) (C) & (D) Disclosures (Local Rule 3.05 (d) provides that these disclosures are mandatory in Track Two Cases and optional in other cases unless otherwise ordered by the Court. Complete the following in all Track Two cases and, when applicable, in Track Three cases):
The parties

        _____ have exchanged (check one)
        ___X___ agree to exchange

information described in Fed.R.Civ.P. 26 (a) (1) (C) & (D)

        _____ on (check one)
        ___X___ by **October 15, 1996**

Below is a detailed description of information disclosed or scheduled for disclosure.
**As required by the rule.**

    b.     Fed.R.Civ.P. 26 (a) (1) (A) & (B) Disclosures (Local Rule 3.05 (d) provides that these disclosures are not mandatory except as stipulated by the parties or otherwise ordered by the Court. Complete the following when applicable): **N/A**

The parties

        _____ have exchanged   (check one)
        _____ agree to exchange



information referenced by Fed.R.Civ.P. 26 (a) (1) (A) & (B)

    _____ on   (check one)
    _____ by

\_\_\_(date). Below is a detailed description of information disclosed or scheduled for disclosure.

    3.    <u>Discovery Plan - Plaintiff:</u>  The parties jointly propose the following Plaintiff's discovery plan: **As permitted by the rules. Plaintiff will specifically discover the identities and similarily of interests of former and present co-workers.**

        a.    <u>Plaintiff's Planned Discovery:</u>  A description of every discovery effort Plaintiff plans to pursue is described below. The description of each discovery effort will be listed under the appropriate heading below and will include the subject matter of the discovery and the time during which the discovery will be pursued:

            (1)    <u>Requests for Admissions:</u>

**As permitted by the rules.**

> Number of Requests for Admission: Parties may seek to limit the number of Plaintiff's requests for admission in accordance with Fed.R.Civ.P. 26 (b) (2). Any such request must be presented by motion. See paragraph 6 below.

            (2)    <u>Written Interrogatories:</u>

**As permitted by the rules.**

> Number of Interrogatories: Local Rule 3.03 (a) provides "[u]nless otherwise permitted by the Court for cause shown, no party shall serve upon any other party, at one time or cumulatively, more than twenty-five (25) written interrogatories pursuant to Rule 33, Fed.R.Civ.P., including all parts and subparts." Any request by Plaintiff to exceed this limit must be presented by motion. See paragraph 6 below.

            (3)    <u>Requests for Production or Inspection:</u>

**As permitted by the rules.**

            (4)    <u>Oral Depositions:</u>

**As permitted by the rules.**

Number of Depositions: Local Rule 3.02 (b) provides, "[i]n accordance with Fed.R.Civ.P. 30 (a) (2) (A) and 31 (a) (2) (A), no more than ten depositions per side may be taken in any case unless otherwise ordered by the Court." Any request by Plaintiff to exceed this limit must be presented by motion. See paragraph 6 below.

Time Permitted for Each Deposition: (optional) Parties stipulate, in accordance with Fed.R.Civ.P. 26 (a) (2) (C), that Plaintiff's Fed.R.Civ.P. 26 (a) (2) disclosure will be due as noted here:

  b. <u>Disclosure of Expert Testimony:</u> Parties stipulate, in accordance with Fed.R.Civ.P. 26 (a) (2) (C), that Plaintiff's Fed.R.Civ.P. 26 (a) (2) disclosure will be due as noted here: **None expected, but if any, as required by the rule.**

  c. <u>Supplementation of Disclosures and Responses:</u> Parties agree that Plaintiff's supplementation under Fed.R.Civ.P. 26 (e) will be provided at the following times: **As required by the rule, but not more often than every 60 days.**

  d. <u>Completion of Discovery:</u> Plaintiff will commence all discovery in time for it to be completed on or before **April 30, 1997.**

 4. <u>Discovery Plan - Defendant:</u> The parties jointly propose the following Defendant's discovery plan:

  a. <u>Defendant's Planned Discovery:</u> A description of every discovery effort Defendant plans to pursue is described below. The description of each discovery effort will be listed under the appropriate heading below and will include the subject matter of the discovery and the time during which the discovery will be pursued:

   (1) <u>Requests for Admission:</u>

**As permitted by the rules.**

Number of Requests for Admission: Parties may seek to limit the number of Defendant's requests for admission in accordance with Fed.R.Civ.P. (26 (b) (2). Any such request must be presented by motion. See paragraph 6 below.

   (2) <u>Written Interrogatories:</u>

**As permitted by the rules.**

Number of Interrogatories: Local Rule 3.03 (a) provides "[u]nless otherwise permitted by the Court for cause shown, no party shall serve upon any other party, at one time or cumulatively, more than twenty-five

(25) written interrogatories pursuant to Rule 33, Fed.R.Civ.P., including all parts and subparts." Any request by Defendant to exceed this limit must be presented by motion. See paragraph 6 below.

(3) <u>Requests for Production or Inspection:</u>

**As permitted by the rules.**

(4) <u>Oral Depositions:</u>

**As permitted by the rules.**

Number of Depositions: Local Rule 3.02 (b) provides, "[i]n accordance with Fed.R.Civ.P. 30 (a) (2) (A) and 31 (a) (2) (A), no more than ten depositions per side may be taken in any case unless otherwise ordered by the Court." Any request for Defendant to exceed this limit must be presented by motion. See paragraph 6 below.

Time Permitted for Each Deposition: (optional) Parties request that, in accordance with Fed.R.Civ.P. 26 (b) (2), the Court limit the time permitted for the conduct of each deposition to _____ hours, unless extended by agreement of the parties.

b. <u>Disclosure of Expert Testimony:</u> Parties stipulate, in accordance with Fed.R.Civ.P. 26 (a) (2) (C), that Defendant's Fed.R.Civ.P. 26 (a) (2) disclosure will be due as noted here: **February 1, 1997.**

c. <u>Supplementation of Disclosures and Responses:</u> Parties agree that Defendant's supplementation under Fed.R.Civ.P. 26 (e) will be provided at the following times:

**As required by the rule, but not more often than every 60 days.**

d. <u>Completion of Discovery:</u> Defendant will commence all discovery in time for it to be completed on or before **April 30, 1997.**

5. <u>Joint Discovery Plan - Other Matters:</u> Parties agree on the following other matters relating to discovery (e.g., handling of confidential information, assertion of privileges, whether discovery should be conducted in phases or be limited to or focused upon particular issues): **The parties agree that there is a likelihood that there will be additional "opt-in" plaintiffs, and if so, defendant shall have the right to take additional depositions, one per additional plaintiff, beyond the 10-deposition limit if necessary, within 90 days after each such "opt-in". The parties also agree to extend**

**all discovery deadlines an additional 90 days with respect to each "opt-in" plaintiff, after the date on which the "opt-in" plaintiff first appears.**

6. <u>Disagreement or Unresolved Issues Concerning Discovery Matters:</u> Any disagreement or unresolved issue concerning discovery matters must be made the subject of a separate motion to be filed not later than eleven days after the filing of the Case Management Report. Such disagreement or unresolved issue will not excuse the establishment of discovery completion dates.

7. <u>Third Party Claims, Joinder of Parties, Potentially Dispositive Motions:</u> Parties agree that the final date for filing motions for leave to file third party claims, motions to join parties, motions for summary judgment, and all other potentially dispositve motions should be **January 18, 1997 as to nondispositive motions and June 30, 1997 as to the dispositive motions named above.** (Note time limit in Local Rule 4.03.)

8. <u>Settlement and Alternative Dispute Resolution.</u> Parties agree that settlement is

    _____ likely (check one)
    \_\_\_X\_\_\_ unlikely

Parties agree to consent to binding arbitration pursuant to Local Rules 8.02 (a) (3) and 8.05 (b).

    _____ yes
    \_\_\_X\_\_\_ no
    _____ likely to agree in future

Parties agree to participate in court-annexed mediation as detailed in Chapter Nine of the Court's Local Rules. (1)

    _____ yes
    _____ no
    \_\_\_X\_\_\_ likely to agree in future

If yes, the order of referral described in Local Rule 9.04 should be entered by the Court on _____ (date) designating _____N/A_____(name) to serve as mediator.

Parties agree to consent to trial presided over by the United States Magistrate Judge.
    _____ yes
    \_\_\_X\_\_\_ no
    _____ likely to agree in future

Parties intend to pursue the following other methods of alternative dispute resolution:

In accordance with Local Rule 3.05 (c) (2) (C) (v), parties agree that if they do not report to the Court that the case has settled on or before **June 1, 1997**, parties will apply for an order invoking Court-annexed arbitration (Chapter Eight of Local Rules) or Court-annexed mediation (Chapter Nine of Local Rules) on that date.

---

(1) If parties do agree to consent, please complete the consent form included with this report and file with the Clerk.

      9.    <u>Preliminary Pretrial Conference:</u>

Parties _____ request   (check one)
    \_\_**X**\_\_ do not request
a preliminary pretrial conference before entry of a Case Management and Scheduling Order in this Track Two case. Unresolved issues to be addressed at such a conference include:

      10.    <u>Final Pretrial Conference and Trial:</u> Parties agree that they will be ready for a final pretrial conference on or after **August 30, 1997** and for trial on or after **October 31, 1997**. Trial is expected to take approximately **80** hours.

      This is a \_\_**X**\_\_ jury \_\_\_\_ non-jury case.

      11.    <u>Pretrial Disclosures and Final Pretrial Procedures:</u> Parties acknowledge that they are aware of and will comply with pretrial disclosures requirements in Fed.R.Civ.P. 26 (a) (3) and final pretrial procedures requirements in Local Rule 3.06.

      12.    <u>Other Matters:</u> **The parties agree that they may amend their pleadings until 30 days after the close of discovery.**

Date: September 11, 1995

_____
Douglas L. Wilson
Fla. Bar No. 915947
The Wilson Law Firm
680 Sanctuary Road
Naples, FL 33964-4837
(941) 657-5003 (voice & fax)
Attorney for Plaintiff

_____
Lawrence G. Walters, Esq.
Fla. Bar No. 0776599
Duran, Walters, Rost, Selter & Wolfe
P.O. Drawer 15110
Daytona Beach, FL 32115
(904) 253-1111
Attorney for Defendant